UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WATERBURY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A.K. SCRIBNER, et.al.,<br><br>　　　　　Defendants. | CV F- 05-0764 OWW DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. sec. 1983. Pending before the Court is Plaintiff's amended complaint filed on May 9, 2006. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

The complaint appears to state a cognizable claim for relief for violation of due process. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants A.K. Scribner, D.D. Sheppard-Brooks, S. Bradley, J. Amerson, D. Gutierrez, S. Rodriguez, V. Castillo.

2. The Clerk of the Court shall send Plaintiff seven (7) USM-285 forms, seven (7) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed May 9, 2006.

1     3.     Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

       a.     Completed summons;

       b.     One completed USM-285 form for each defendant listed above; and

       c.     Eighth (8) copies of the endorsed amended complaint filed May 9, 2006.

4.     Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

    **Dated:**     **January 11, 2007**           **/s/ Dennis L. Beck**
3c0hj8                                                          UNITED STATES MAGISTRATE JUDGE