UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WATERBURY,<br><br>             Plaintiff,<br><br>vs.<br><br>A.K. SCRIBNER, et al.,<br><br>             Defendants.<br>_____/ | 1:05-cv-00764-LJO-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 17)<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** (Doc. 42) |

Plaintiff, Thomas Waterbury ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 31, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed January 31,
8 2007, are ADOPTED IN FULL; and,
9  2.  Plaintiff's motion for a temporary restraining order,
10 filed January 26, 2007, is DENIED.
11 IT IS SO ORDERED.
12 **Dated:   March 12, 2007**              /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES DISTRICT JUDGE