IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THOMAS WATERBURY,** | 1:05-CV-00764 LJO DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **A.K. SCRIBNER, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants request for an extension of time to file their initial responsive pleading to Plaintiff's Complaint is granted.  Defendants shall file their responsive pleading by June 1, 2007.

IT IS SO ORDERED.

Dated: __May 30, 2007__          _____/s/ Dennis L. Beck_____
                                 UNITED STATES MAGISTRATE JUDGE

1