# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WATERBURY,<br><br>        Plaintiff,<br><br>  v.<br><br>A.K. SCRIBNER, et.al.,<br><br>        Defendants. | CV F- 05-0764 OWW DLB P<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO EXCEED DISCOVERY LIMITATION |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. sec. 1983. On February 13, 2008, plaintiff filed a motion for leave of court to exceed the interrogatory limitation. Defendants are ordered to respond to plaintiff's motion within 15 days.

    IT IS SO ORDERED.

**Dated:** **February 14, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE