IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WATERBURY, | 1:05-cv-00764 LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE A |
| vs. | SECOND AMENDED COMPLAINT |
| A.K. SCRIBNER, et al., | (DOCUMENT #54) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 13, 2008, plaintiff filed a motion to extend time to file a second amended complaint. However, plaintiff is reminded that since dependants have appeared in this action, leave of court or the agreement of defendants will be required to file an amended complaint. Given the extension for discovery that has been granted, the court will grant plaintiff an extension in which to seek leave of court to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a motion for leave file a second amended complaint.

IT IS SO ORDERED.

1 | **Dated:**   **April 1, 2008**          **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE