IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WATERBURY, | 1:05-cv-00764-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| A.K. SCRIBNER, et al., | (DOCUMENT #62) |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 17, 2008, defendants filed a motion to extend time to file a motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted fourteen (14) days from the date of service of this Court's ruling on plaintiff's pending motion to file a second amended complaint, in which to file a motion for summary judgment.

IT IS SO ORDERED.

Dated:  **October 23, 2008**          /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE