IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THOMAS WATERBURY,** | 1:05-CV-00764 LJO DLB P |
| Plaintiff, | **ORDER** |
| v. | (Doc. 65) |
| **A.K. SCRIBNER, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to file their motion for summary judgment was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants are granted 14 days, to and including January 12, 2009, to serve and file their motion for summary judgment.

IT IS SO ORDERED.

Dated:   **December 23, 2008**             /s/ **Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE

1