IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THOMAS WATERBURY,<br><br>   Plaintiff,<br><br>v.<br><br>A.K. SCRIBNER, et al.,<br><br>   Defendants. | 1:05-cv-00764 LJO DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT (DOCUMENT #68)**<br><br>DEADLINE: JANUARY 30, 2009 |

On January 12, 2009, Defendants SCRIBNER, SHEPPARD-BROOKS, CASTILLO, BRADLEY, AMERSON, AND RODRIGUEZ filed a second request for an extension of time to file their motion for summary judgment. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Defendants' Request is GRANTED;
2. Defendants shall file and serve their motion for summary judgment on or before January 30, 2009.

IT IS SO ORDERED.

Dated:   **January 21, 2009**        **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

Order

1