IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WATERBURY,<br><br>       Plaintiff,<br><br>    vs.<br><br>A. K. SCRIBNER, et al.,<br><br>       Defendants.<br>_____/ | 1:05-cv-00764-LJO-DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR TWENTY-DAY EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #72)<br><br>20-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 12, 2009, plaintiff filed a motion to extend time to respond to defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted twenty (20) days from the date of service of this order in which to respond to the motion for summary judgment.

IT IS SO ORDERED.

Dated:   **February 13, 2009**           **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE