# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WATERBURY, | Case No. 1:05-cv-00764-LJO-DLB PC |
| Plaintiff, | ORDER RE PLAINTIFF'S FILING |
| v. | (Doc. 75) |
| A. K. SCRIBNER, et al., | DEFENDANTS' RESPONSE DUE WITHIN TEN DAYS |
| Defendants. / | |

Thomas Waterbury ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff contends in his "Dispute of Defendants' Statement of Undisputed Facts" that Defendants failed to comply with this Court's order, filed May 7, 2008, regarding Plaintiff's Request For Production of Documents Number Eight. (Doc. 75, p. 4, ¶ 6.) It is unclear whether or not Defendants failed to comply. A party's failure to comply with a court's discovery order may result in that party being prohibited from introducing designated matters into evidence. Fed. R. Civ. P. 37(b)(2)(A); see Von Brimer v. Whirlpool Corp., 536 F.2d 838, 843-44 (9th Cir. 1976) (excluding certain documents from being introduced as evidence at trial for failure to comply with pre-trial discovery order).

Accordingly, the Court HEREBY ORDERS that Defendants respond to Plaintiff's contentions within ten (10) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **June 3, 2009**          **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

1